**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

RUSSELL PAULA ND CHRISTY RENEE RICHARDSON                              CASE NO. 12-61271

DEBTORS

MAXIE E. HIGGASON, TRUSTEE                                             PLAINTIFF

V.                                                                     ADV. NO. 13-6001

RUSSELL PAUL RICHARDSON, ET AL.                                        DEFENDANTS

**MEMORANDUM OPINION**

      This matter is before the Court on the Plaintiff Trustee's Motion for Summary Judgment [Doc. 65] against the Defendants JP Morgan Chase Bank, N.A., and Polaris Home Funding Corp. Plaintiff filed this adversary proceeding seeking to avoid and preserve for the benefit of an estate an unperfected security interest held by the Creditor JP Morgan Chase Bank, N.A., as assignee of Polaris Home Funding Corp. (the "Creditor"), in a 1996 Gate Doublewide Mobile Home, VIN/HIN No. 11969289638AB (the "Mobile Home") pursuant to 11 U.S.C. § 544. The Plaintiff argues that it is undisputed that the Creditor failed to note its lien on the Certificate of Title of the Mobile Home as required by K.R.S. § 186A.190 and he is therefore entitled to summary judgment as a matter of law.

      The Court entered a scheduling order requiring the Defendants to file a response on or before September 11, 2013, and scheduled the matter for hearing [Doc. 57]. The Defendants did not file a response to the Motion nor did counsel appear on the Defendants' behalf at the summary judgment hearing held on September 18, 2013 [Doc. 59].

The Plaintiff's Motion being unopposed, and the Court finding that the Plaintiff's Motion is well-taken, it is ORDERED that the Plaintiff's Motion for Summary Judgment is GRANTED. A separate judgment shall be entered accordingly.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge
Dated: Monday, September 23, 2013
(grs)**